UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  NO. 1:25-CR-00154

v.  :

HARRY HARTMAN,  :  (Judge Neary)
     Defendant.
                 :

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 1708
(Mail Theft)

Between approximately May 2023 and August 2024, in Adams County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**HARRY HARTMAN,**

did steal and take from and out of a post office located at 115 Buford Avenue, Gettysburg, Pennsylvania, packages to be received by Gettysburg College, Print Center & Post Office, 300 North Washington Street, Gettysburg, Pennsylvania, and delivered, provided, or made available to the intended recipients.

All in violation of Title 18, United States Code, Section 1708.

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

2. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 1708, the defendant,

**HARRY HARTMAN,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

The property to be forfeited includes, but is not limited to:

    a. approximately 100 items of personal property including clothing, DVDs, books, toiletries, jewelry, shoes, and other sundries.

3. If any of the property involved in or traceable to the offenses alleged in Count 1 of this Information, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

JOHN C. GURGANUS
Acting United States Attorney

*[signature]*                    6-5-25
K. WESLEY MISHOE         Date
Assistant United States Attorney