UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 1:25-CR- 00154 |
| | : | |
| v. | : | (Judge Neary ) |
| | : | |
| HARRY HARTMAN, | : | |
| Defendant. | : | (Electronically Filed) |

# P R A E C I P E

TO THE CLERK OF COURTS:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address: Christopher A. Ferro, Esquire, 345 E. Market St., York, PA 17403.

Respectfully submitted,

JOHN C. GURGANUS
Acting United States Attorney

Dated: June 5, 2025

/s/ K. Wesley Mishoe
K. Wesley Mishoe (PA 321983)
Assistant United States Attorney
1501 N. 6th Street, Box 202
Harrisburg, PA   17102
Tel:   (717) 221-4482
kenneth.mishoe@usdoj.gov