IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WAIVER OF INDICTMENT** |
| vs. | |
| HARRY HARTMAN | CRIMINAL NO. 1:25-CR-154-01 |

**FILED**
HARRISBURG, PA

JUN 24 2025

PER _____
DEPUTY CLERK

I, Harry Hartman, have been advised of the charges, the proposed Information, and of my rights, hereby waive in open court on this 24th, of June, 2025 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant