IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. Click here to enter text. |
| | : | |
| v. | : | |
| | : | FILED |
| | : | HARRISBURG, PA |
| HARRY HARTMAN | : | JUN 24 2025 |
| | | PER ___MA___ |
| | | DEPUTY CLERK |

P L E A

AND NOW, this 24th day of June, 2025, the defendant, Harry Hartman, hereby pleads Guilty to the charges as set forth in the 1-Count Information.

_____
(Signature of Defendant)

_____
(Signature of Counsel)